UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRIS L. HOOKER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CLARK COUNTY, NEVADA et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:14-cv-00036-APG-NJK<br><br>**ORDER** |

**I.　DISCUSSION**

On May 7, 2014, the Court dismissed this case without prejudice based on Plaintiff's failure to pay the initial installment filing fee of $26.58 in compliance with the Court's March 21, 2014 screening order. (ECF No. 9). The Clerk of the Court entered judgment the next day. (ECF No. 10).

Over two years later, on November 16, 2016, Plaintiff filed a motion to resubmit his case and a motion to extend time. (ECF No. 14, 17). The Court denies these motions. If Plaintiff wants to pursue the allegations in his complaint, Plaintiff should file his complaint and an application to proceed *in forma pauperis* with the Clerk of the Court and open a new case.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion to resubmit case (ECF No. 14) is denied.

It is further ordered that the motion to extend time (ECF No. 17) is denied.

It is further ordered that Plaintiff shall not file any more documents in this closed case.

Dated: January 23, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE